RECEIVED
SEP 2 5 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THOEUN VANN SO (also known as THOEUN VAN SO), Petitioner | CIVIL ACTION NO. 6:17-CV-659 SECTION "P" |
| VERSUS | JUDGE REBECCA F. DOHERTY |
| JEFF B. SESSIONS, III, ET AL., Respondents | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that So's habeas petition be **DISMISSED AS MOOT**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 25 day of September, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE